**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN THE MATTER OF** : | |
| : | |
| : | **CHAPTER 7** |
| **CAREN BETH LITKOWSKI,** : | **CASE NO: 17-22964** |
| : | |
| **DEBTOR** : | |
| : | **MOTION TO CONVERT FROM CHAPTER 7 CASE TO CHAPTER 13 CASE** |

**MOTION TO CONVERT**
**FROM CHAPTER 7 CASE TO CHAPTER 13 CASE**

**The Debtor, Caren Beth Litkowski, pursuant to 11 U.S.C. Section 1307(a), hereby elects to convert the above-captioned Chapter 7 case to a case under Chapter 13 of the Bankruptcy Code.**

**The Debtor is entitled to convert his case because:**

1. **This case, filed on June 19, 2017, has not been previously converted under sections 1307 of the Bankruptcy Code; and**

2. **The Debtor is eligible to be a debtor under Chapter 13 of the Bankruptcy Code.**

3. **The Debtor also show unto the Court that they will be filing required amendments as well as additional required statements and the Chapter 13 plan in this case within 15 days of the date of this notice.**

**WHEREFORE, the Debtor under rules 1017(f)(2) and 9013 of the Federal Rules of Bankruptcy procedure hereby request conversion of his case to a case under Chapter 13.**

Date: July 19, 2017                     Signature: /s/ Linda M. Tirelli
                                        Linda M. Tirelli, Esq.
                                        Tirelli & Wallshein, LLP
                                        50 Main Street, Suite 405
                                        White Plains, NY 10606
                                        Phone: (914)732-3222

Date: July 19th, 2017                   Signature: /s/ Caren Beth Litkowski
                                        Caren Beth Litkowski