UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

                                                      Chapter 7

Caren Beth Litkowski,

                                                      Case No. 17-22964

                                                      ORDER

                            Debtor.
-------------------------------------------------------------------x

## ORDER CONVERTING CHAPTER 7 CASE TO CHAPTER 13 CASE

Upon the application of the above Debtor, filed with this court on July 19th, 2017, and the matter having been heard by the Honorable Robert D. Drain, and there being no opposition thereto, it is hereby

**ORDERED,** that the Debtor's Chapter 7 Bankruptcy be converted to a Chapter 13 pursuant to Bankruptcy Code §706(a);

DATED: _____

                                                   _____
                                                 HONORABLE ROBERT D. DRAIN,
                                                 U.S. BANKRUPTCY JUDGE